**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Urgent Care Management Solutions, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Metro Urgent Care** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0786214** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3091 South Jamaica Court** **Aurora, CO 80014** Number, Street, City, State & ZIP Code | **1660 North Higley Road** **Suite 103** **Gilbert, AZ 85234** P.O. Box, Number, Street, City, State & ZIP Code |
| **Arapahoe** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.metrourgentcare.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Urgent Care Management Solutions, LLC**                          Case number (*if known*) _____
          Name

**7.   Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Urgent Care Management Solutions, LLC**                                                    Case number (*if known*) _____
         Name

**11. Why is the case filed in**     *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ☐ No
**have possession of any**
**real property or personal**       ☑ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                    What is the hazard?   **Prescription Medication - Non-Controlled Substances**

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☑ Other   **HIPPA Compliance - Patient Records**

                                    **Where is the property?**   _____
                                                                 Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☑ Yes.   Insurance agency   **Westbrook Insurance, Inc.**

                                             Contact name       **Jackie Westbrook**

                                             Phone              **480-424-7271**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of**   .   *Check one:*
**available funds**
                                 ☐ Funds will be available for distribution to unsecured creditors.

                                 ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**   ☑ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
**creditors**                 ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                              ☐ 200-999

---

**15. Estimated Assets**   ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                           ☑ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000         ☑ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor  **Urgent Care Management Solutions, LLC**                                            Case number (*if known*) _____
        _____
        Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  1, 2019**
              _____
              MM / DD / YYYY

*X* **/s/ Brendon Lochert**                               **Brendon Lochert**
_____        _____
Signature of authorized representative of debtor        Printed name

Title  **Manager**
       _____

**18. Signature of attorney**

*X* **/s/ Jenny M.F. Fujii**                              Date  **October  1, 2019**
_____              _____
Signature of attorney for debtor                               MM / DD / YYYY

**Jenny M.F. Fujii 30091**
_____
Printed name

**Kutner Brinen, P.C.**
_____
Firm name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
_____
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**          Email address   **jmf@kutnerlaw.com**
                _____                  _____

**30091 CO**
_____
Bar number and State

Debtor   **Urgent Care Management Solutions, LLC**
         Name                                                      Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number (*if known*) _____   Chapter   **7**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

Debtor    **UCXTRA Services, LLC**                          Relationship to you    **Wholly owned subsidiary**
District  **Colorado**                    When _____   Case number, if known

Debtor    **UCXTRA Umbrella Colorado, LLC**                 Relationship to you    **Wholly owned subsidiary**
District  **Colorado**                    When _____   Case number, if known

---

**Fill in this information to identify the case:**

Debtor name **Urgent Care Management Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October  1, 2019__     X /s/ Brendon Lochert
                                    Signature of individual signing on behalf of debtor

                                    **Brendon Lochert**
                                    Printed name

                                    **Manager**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Urgent Care Management Solutions, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number *(if known)* | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................. $ _____0.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................ $ _____0.00_

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ **8,721,187.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _____0.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **5,148,993.15**

4.   **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b

   $ **13,870,180.15**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Urgent Care Management Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:   % of ownership | | |
| 15.1. | **100% interest in UCXTRA Services Colorado, LLC**   100  % | **Liquidation** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Urgent Care Management Solutions, LLC**          Case number *(If known)* _____
_____
Name

|  | | | | |
|---|---|---|---|---|
| 15.2. | **100% interest in UCXTRA Umbrella Colorado, LLC** | 100 % | **Liquidation** | **$0.00** |

---

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**                                                              **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets Trademark: "Hospitality meets healthcare" Registration Nos. 5, 371, 729** | **Unknown** | | **Unknown** |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Urgent Care Management Solutions, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 61. | Internet domain names and websites | | | | |
|---|---|---|---|---|---|
| | metrourgentcare.com | | Unknown | Liquidation | Unknown |

| 62. | Licenses, franchises, and royalties |
|---|---|

| 63. | Customer lists, mailing lists, or other compilations |
|---|---|

| 64. | Other intangibles, or intellectual property |
|---|---|

| 65. | Goodwill | | | | |
|---|---|---|---|---|---|
| | Book value Goodwill | | $4,204,000.00 | Recent cost | Unknown |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Urgent Care Management Solutions, LLC**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Urgent Care Management Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Cedar Advance** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**Accounts Receivable**                                   **Unknown**          **Unknown**

**2917 Avenue I**
**Brooklyn, NY 11210**

Creditor's mailing address

Describe the lien

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 | **Complete Business Solutions Group, Inc.** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**Accounts Receivable**                                   **Unknown**          **Unknown**

**22 North 3rd Street**
**Philadelphia, PA 19106**

Creditor's mailing address

Describe the lien

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Expermedical Group, LLC** | Describe debtor's property that is subject to a lien | **$8,700,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**8350 E. Raintree Dr.
Suite 135
Scottsdale, AZ 85260**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Accounts receivable, shares of UCMS
Approximate balance due**

Describe the lien
**Security Agreement**
**Is the creditor an insider or related party?**
☐ No
☐ **Yes**
**Is anyone else liable on this claim?**
☐ No
☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ **Unliquidated**
☐ **Disputed**

---

| 2.4 | **Fast Capital 360** | Describe debtor's property that is subject to a lien | **$21,187.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**a/k/a Forward Financing,
LLC
100 Summer Street
Suite 1175
Boston, MA 02110**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**Security Agreement**
**Is the creditor an insider or related party?**
☐ **No**
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Fox Capital Group, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1001 North Federal
Highway
Hallandale, FL 33009**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**Security Agreement**

---

Debtor **Urgent Care Management Solutions, LLC**
Name

Case number (if know) _____

---

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **High Speed Capital, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**116 Nassau Street**
**Suite 804**
**New York, NY 10058**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Libertas Funding, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**382 Greenwich Avenue**
**Suite 2**
**Second Floor**
**Greenwich, CT 06830**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor   **Urgent Care Management Solutions, LLC**
         _____
         Name                                              Case number (if know)   _____

| 2.8 | **Queen Funding, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**101 Chase Avenueu
Suite 207
Lakewood, NJ 08701**

Creditor's mailing address

---

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$8,721,187.0** |
| **0** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name **Urgent Care Management Solutions, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Ahmed, Halima**
**779 South Memphis Way**
**Aurora, CO 80017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Total claim: **Unknown**    Priority amount: **Unknown**

**2.2**

Priority creditor's name and mailing address
**Arizona Department of Revenue**
**1600 West Monroe Street**
**Phoenix, AZ 85007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim: **Unknown**    Priority amount: **Unknown**

Debtor **Urgent Care Management Solutions, LLC**

Case number *(if known)*

_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Autrey, Sttaci**
**2524 West 99th Place**
**Federal Heights, CO 80260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**Ayandele, Teresa**
**917 Trece Street**
**Louisville, CO 80027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**Barnett, Rashima**
**3650 North Pennsylvania Street**
**Apt. #52**
**Englewood, CO 80113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**Bloch, Jonathan**
**2509 Dahlia Street**
**Denver, CO 80207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Urgent Care Management Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Buford, Deborahh**
**11801 York Street**
**Apt. #1527**
**Thornton, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**City and County of Broomfield**
**One DesCombes Drive**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**City and County of Denver**
**Treasury Division**
**Wellington Webb Building**
**201 West Colfax Avenue,**
**Department 403**
**Denver, CO 80202-5329**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**City of Aurora**
**Cashier's Office**
**15151 East Alameda Parkway**
**Aurora, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Urgent Care Management Solutions, LLC**
Name

Case number (if known) _____

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**City of Centennial**
**13133 East Arapahoe Road**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**City of Lakewood**
**480 South Allison Parkway**
**Civic Center North**
**Lakewood, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**City of Thornton**
**Finance Department**
**Sales Tax Division**
**9500 Civic Center Drive**
**Thornton, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**City of Westminster**
**P.O. Box 17040**
**Denver, CO 80217-0040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cofield, Khadijha**
**12586 Albrok Drive**
**Apt. #3902**
**Denver, CO 80239**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cofield, Shanice**
**125858 Albrok Drive**
**Apt. #3902**
**Denver, CO 80239**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Coleman, Ashley**
**310 Westwood Court**
**Boulder, CO 80304**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Day-Martinez, Laura**
**2525 East 104th Avenue**
**Apt. #331**
**Thornton, CO 80233**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Urgent Care Management Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dhieux, Matthew**
**9526 South Everett Way**
**Littleton, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dickey, Thomas**
**11405 Billings Avenue**
**Lafayette, CO 80026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Doepker, Ashley**
**2521 Moline Street**
**Aurora, CO 80010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Duvall, Kirby**
**3600 North County Road**
**#19**
**Fort Collins, CO 80524**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Urgent Care Management Solutions, LLC**                          Case number (if known) _____
         Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Eaton, Rick**
**1616 South Xavier Street**
**Denver, CO 80219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Fussnecker, Michelle**
**1621 South Wolcott Court**
**Denver, CO 80219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Glass, Michael**
**13925 West Atlantic Avenue**
**Lakewood, CO 80228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Godinez, Sandy**
**6500 East 88th Avenue**
**Lot #286**
**Henderson, CO 80640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Urgent Care Management Solutions, LLC**                        Case number (if known) _____
        Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Grinde, Donna**
**7165 Poplar Street**
**Apt. #12**
**Commerce City, CO 80022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Guevel, Wendy**
**9227 Roadrunner Drive**
**Highlands Ranch, CO 80129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Haapapuro, Kimberly**
**6185 South Ivanhoe Street**
**Centennial, CO 80111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Haddock, Shannon**
**1152 Nucla Street**
**Aurora, CO 80011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|

Priority creditor's name and mailing address
**Hammack, Richard**
**3120 Eaton Street**
**Wheat Ridge, CO 80214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.32 | | | **Unknown** | **Unknown** |
|---|---|---|---|

Priority creditor's name and mailing address
**Hanks, Tyrone**
**924 North Constellation Way**
**Gilbert, AZ 85234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.33 | | | **Unknown** | **Unknown** |
|---|---|---|---|

Priority creditor's name and mailing address
**Harfiield, Cassandra**
**6310 Indian Paintbrush Street**
**Frederick, CO 80530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.34 | | | **Unknown** | **Unknown** |
|---|---|---|---|

Priority creditor's name and mailing address
**Harth, Maurice**
**11081 Huron Street**
**Unit #1005**
**Northglenn, CO 80234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Urgent Care Management Solutions, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hasan, Haneefah**
**2187 Chaseford Lane**
**Powder Springs, GA 30127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hinostroza, Vilma**
**3590 Magnolia Street**
**Denver, CO 80207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Holguin, Aneattra**
**9300 Palo Verde Street**
**Thornton, CO 80229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hubin, James**
**10671 Quail Court**
**Westminster, CO 80021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iniguez, Natalie**
**3378 South Laredo Court**
**Aurora, CO 80013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Janssen, Melissa**
**39497 North Zampino Street**
**San Tan Valley, AZ 85140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jaramillo, Javier**
**5535 Sunrise Mesa Drive**
**Colorado Springs, CO 80924**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jaurigui, Sara**
**16965 East Temple Place**
**Aurora, CO 80015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Urgent Care Management Solutions, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kahler, Melissa**
**7825 Allison Way**
**#103**
**Arvada, CO 80005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keller, Patricia**
**668 Polk River Place**
**Estes Park, CO 80517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keogh, Danielle**
**2882 Ridge Drive**
**Broomfield, CO 80020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Labrada, Vania**
**6050 South Kenton Way**
**Englewood, CO 80111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if known) | |
|--------|-------------------------------------------|------------------------|--|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Lynch, Jessica**
**6363 Westview Circle**
**Parker, CO 80134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Mauger, Christopher**
**5299 South Jellison Street**
**Littleton, CO 80123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**McArtor, Cara**
**7875 Sunflower Green**
**Frederick, CO 80530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Meltzer, Sherry**
**10928 East Sebring Avenue**
**Mesa, AZ 85212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **Merrill, Colin**<br>**4260 East Odessa Drive**<br>**San Tan Valley, AZ 85140** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mershon, Gillian**
**8742 Flattop Street**
**Arvada, CO 80007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mershon, John**
**8742 Flattop Street**
**Arvada, CO 80007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miller, Jeffrey**
**8060 Kline Court**
**Arvada, CO 80005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pyle, Kayla**
**1001 East 62nd Avenue**
**Apt. #340**
**Denver, CO 80216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ramirez, Rene**
**12605 East 104th Place**
**Commerce City, CO 80022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reza, Veronica**
**761 Sherman Drive**
**Marshall, WI 53559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Romero, Savanna**
**3351 South Field Street**
**Apt. #171**
**Lakewood, CO 80227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Urgent Care Management Solutions, LLC**                    Case number (if known) _____
_____
          Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

| 2.59 | Priority creditor's name and mailing address<br>**Roper, Carol**<br>**707 Rocky Road**<br>**Fort Collins, CO 80521** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.60 | Priority creditor's name and mailing address<br>**Ruloph, Elizabeth**<br>**1190 South Dover Street**<br>**Lakewood, CO 80232** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.61 | Priority creditor's name and mailing address<br>**Salter, Wallace**<br>**P.O. Box 396**<br>**Indian Hills, CO 80454** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.62 | Priority creditor's name and mailing address<br>**Sandoval, Linda**<br>**16034 East 107th Place**<br>**Commerce City, CO 80022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Urgent Care Management Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address

**Stevens, Dennis**
**658 South Dudley Street**
**Lakewood, CO 80226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address

**Stevens, Stephanie**
**395 West Burgundy Street**
**#1828**
**Littleton, CO 80129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address

**Sudmeier, Maryann**
**9306 West 67th Place**
**Arvada, CO 80004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address

**Tatarenko, Brian**
**17126 East Rosebay Circle**
**Parker, CO 80134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Urgent Care Management Solutions, LLC**        Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**2.67** | Priority creditor's name and mailing address

**Thomas-Fox, Jennifer**
**8817 Morton Road**
**Niwot, CO 80503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address

**Thompson, Rashell**
**3832 South Loback Lane**
**Gilbert, AZ 85297**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address

**Thorpe, Chelsea**
**8248 Estes Court**
**Arvada, CO 80005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address

**Trey, Inna**
**15033 East Maplewood Drive**
**Centennial, CO 80016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vizier, Jr., Dane**
**2814 Ridge View Circle**
**Unit B**
**Erie, CO 80516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**1190 Birch Street, LLC**
**1230 South Clayton Street**
**Denver, CO 80210-2015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,862.28** |
|---|---|---|---|

**1660 North Higley Trust Account**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**6450 West 120th Avenue LLC**
**Pinnacle Real Estate**
**200 Lipan Street**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**7617 Note, LLC**
**c/o Brown and Associates**
**7687 West 88th Avenue**
**Arvada, CO 80005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADLP-L&M, LLC**
**P.O. Box 915072**
**Dallas, TX 75391-5072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Urgent Care Management Solutions, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Allan J. Brody**<br>**1153 West Railroad Avenue**<br>**Cotati, CA 94931** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **ANB Bank**<br>**3033 East 1st Avenue**<br>**Denver, CO 80206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Aurora Parker LLC**<br>**1401 Broad Street**<br>**Clifton, NJ 07013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,380.00** |
|---|---|---|---|
| | **Big T Branding, LLC**<br>**2080 North Highway 36**<br>**Suite 425**<br>**Grand Prairie, TX 75050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bio-Med Service Group, Inc.**<br>**15491 Riverdale Road**<br>**Brighton, CO 80602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$680,000.00** |
|---|---|---|---|
| | **Brendon Lochert**<br>**14747 N Northsight Blvd.**<br>**Suite 111-464**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Convertible promissory notes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Broadlands Station, LLC**<br>**33340 Collection Center Drive**<br>**Chicago, IL 60693-0333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Urgent Care Management Solutions, LLC**                    Case number (*if known*) _____
Name

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cadence Development, LLC**
**6400 South Fiddlers Green Circle**
**Suite 1820**
**Greenwood Village, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease**
**74th and Federal**
**Westminster, Colorado**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Case Huff & Associates**
**14861 North Scottsdale Road**
**Suite 105**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chase Bank**
**892 N Highley Rd.**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3207**

Basis for the claim:  **Overdraft**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,051.04** |
|---|---|---|---|

**Chase Bank**
**892 N Highley Rd.**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **2717**

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,260.89** |
|---|---|---|---|

**Cox Business**
**P.O. Box 53249**
**Phoenix, AZ 85072-3249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.20** |
|---|---|---|---|

**CTS Language Link**
**Accounts Payable**
**701 NE 136th Avenue**
**Suite 200**
**Vancouver, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dartmouth Point, LLC**
**c/o KEW Realty Corporation**
**300 South Jackson Street**
**Suite 550**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Urgent Care Management Solutions, LLC**                    Case number (if known) _____
         _____
         Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,782.92** |
|------|---|---|---|
| | **David Buterbaugh P.C.**<br>**8040 East Morgan Trail**<br>**Suite 15**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$128.58** |
|------|---|---|---|
| | **Dropbox, Inc.**<br>**333 Brannan Street**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59.90** |
|------|---|---|---|
| | **Faxage**<br>**313 Inverness Way South**<br>**Suite 110**<br>**Englewood, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,044.13** |
|------|---|---|---|
| | **Federal Express**<br>**P.O. Box 10306**<br>**Palatine, IL 60055-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$825.03** |
|------|---|---|---|
| | **Georgia Smith**<br>**815 40th Avenue South**<br>**Suite C132**<br>**Grand Forks, ND 58201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|
| | **Greg Grinter**<br>**7621 State Route 143**<br>**Edwardsville, IL 62025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$852.00** |
|------|---|---|---|
| | **Humanity.com, Inc.**<br>**50 Osgood Place**<br>**Suite 330**<br>**San Francisco, CA 94133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Urgent Care Management Solutions, LLC**                                    Case number (if known) _____
         Name

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Industrial Commission of Arizona**<br>**Labor Department**<br>P.O. Box 19070<br>Phoenix, AZ 85005-9070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice of Wage Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$643.56** |
|---|---|---|---|
| | **Iron Mountain**<br>4449 South 36th Street<br>Phoenix, AZ 85040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **Irrevocable Education Trust Agreement**<br>**Dated September 18, 2008**<br>c/o Jonathan Frutkin, Principal<br>15205 N. Kierland Blvd. #200<br>Scottsdale, AZ 85254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Convertible promissory note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Irrevocable Family Trust Agreement Dated**<br>**September 18, 2008**<br>c/o Jonathan Frutkin, Principal<br>15205 N. Kierland Blvd. #200<br>Scottsdale, AZ 85254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Convertible Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|
| | **Irrevocable Trust Agt. for the Benefit**<br>**of Christine N. Garnett Dated 9/18/2008**<br>c/o Jonathan Frutkin, Principal<br>15205 N. Kierland Blvd. #200<br>Scottsdale, AZ 85254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Convertible promissory note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Irrevocable Trust Agt. for the Benefit**<br>**of Harold E. Eckholm Jr. Dated 9/18/2008**<br>c/o Jonathan Frutkin, Principal<br>15205 N. Kierland Blvd. #200<br>Scottsdale, AZ 85254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Convertible promisory note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Urgent Care Management Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300,000.00**

**Irrevocable Trust Agt. for the Benefit
of William T. Eckholm Dated 9/18/2008
c/o Jonathan Frutkin, Principal
15205 N. Kierland Blvd. #200
Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Convertible promissory note_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300,000.00**

**Irrvocable Trust Agt. for the Benefit of
Barbara J. Starr Dated Sept. 18, 2008
c/o Jonathan Frutkin, Principal
15205 N. Kierland Blvd. #200
Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Convertible promissory note_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Lakewood Colfax LLC
1401 Broad Street
Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Landance, LLC
P.O. Box 9782
ATTN: Carolyn Imbire
Phoenix, AZ 85068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**LG Colfax by Capitol, LLC
3500 Maple Avenue
suite 1600
Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,276.25**

**Liberty Mutual Insurance
379 West Main Street
Waukesha, WI 53186-4613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**M and R Property Management, LLC
4275 West 107th Drive
Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | __Urgent Care Management Solutions, LLC__ | Case number (if known) | _____ |
| --- | --- | --- | --- |
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$466.01** |
| --- | --- | --- | --- |

**Microsoft Corporation**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**North Bear Meadows, LLC**
**c/o Alpine Property Services**
**P.O. Box 1271**
**Ketchum, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
| --- | --- | --- | --- |

**Parasec**
**2804 Gateway Oaks Drive**
**Suite 100**
**Sacramento, CA 95833-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,000.00** |
| --- | --- | --- | --- |

**Pendulum Partners, Inc.**
**10635 NE 8th Street**
**Suite 201**
**Bellevue, WA 98004**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __July 2019__

**Basis for the claim:** __Management services__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
| --- | --- | --- | --- |

**RC Precision Installations, Inc.**
**5764 North Lamar Street**
**Arvada, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Sharon McNamara**
**1720 Kearny Street**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,699.00** |
| --- | --- | --- | --- |

**Smith & 7**
**700 Abruzzi Drive**
**Suite 407**
**Chester, MD 21619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Urgent Care Management Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Snell & Wilmer, LLP**
**400 East Van Buren Street**
**Suite 1900**
**Phoenix, AZ 85004**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Sparkletts**
**P.O. Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$32.18**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Staples Advantage**
**500 Staples Drive**
**Framingham, MA 01702**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$315.68**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Storquest**
**2805 West Frye Road**
**Chandler, AZ 85224**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$304.00**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**The Kobold Group**
**14747 N. Northsight Blvd.**
**Suite 111-464**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,487,000.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**The Kobold Group, LLC**
**8350 East Raintree Drive**
**Suite 130**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**The Kobold Group, LLC**
**8350 East Raintree Drive**
**Suite 130**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Urgent Care Management Solutions, LLC**                     Case number (if known) _____
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
| | **THKF Holdings 1, LLC**<br>**909 Electric Avenue**<br>**Suite 214**<br>**Seal Beach, CA 90740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,300.00** |
|------|---|---|---|
| | **Trevor Cole Commercial Co of Ct., Inc.**<br>**641 Lexington Avenue**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$171,000.00** |
|------|---|---|---|
| | **Trevor Jones**<br>**13603 Marina Pointe Drive**<br>**Unit D424**<br>**Marina Del Rey, CA 90292** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$188,402.50** |
|------|---|---|---|
| | **United Healthcare**<br>**UHS Premium Building**<br>**P.O. Box 94017**<br>**Palatine, IL 60094-4017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,856.00** |
|------|---|---|---|
| | **Weiss Brown**<br>**6263 North Scottsdale Road**<br>**#340**<br>**Scottsdale, AZ 85250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Elizabeth K. Olson, Esq.**<br>**Hall and Evans**<br>**1001 17th Street**<br>**Suite 300**<br>**Denver, CO 80202** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Robinson Waters and O'Dorisio**<br>**1099 18th Street**<br>**Suite 2600**<br>**Denver, CO 80202** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |

Debtor    **Urgent Care Management Solutions, LLC**                     Case number (if known) _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,148,993.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,148,993.15 |

| Fill in this information to identify the case: |
|---|

Debtor name      **Urgent Care Management Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **3890 Quebec Street Denver, Colorado** | |
| | State the term remaining | | **1190 Birch Street, LLC 1230 South Clayton Street Denver, CO 80210-2015** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **6450 West 120th Avenue Broomfield, Colorado** | |
| | State the term remaining | | **6450 West 120th Avenue LLC Pinnacle Real Estate 200 Lipan Street Denver, CO 80223** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **297 North US Highway 287 Lafayette, Colorado** | |
| | State the term remaining | | **7617 Note, LLC c/o Brown and Associates 7687 West 88th Avenue Arvada, CO 80005** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **850 South Monaco Parkway Suite #10/11 Denver, Colorado** | |
| | State the term remaining | | **ADLP-L&M, LLC P.O. Box 915072 Dallas, TX 75391-5072** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Urgent Care Management Solutions, LLC**                    Case number *(if known)*
_____     _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **7320 Federeal Blvd. Westminster, Colorado** | |
|---|---|---|---|
| | State the term remaining | | **Allan J. Brody 1153 West Railroad Avenue Cotati, CA 94931** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2241 East Arapahoe Road Centennial, Colorado** | |
|---|---|---|---|
| | | **Ground Lessor: Floyd C. Hannah III Trust Guarantor: LJ6, LLP c/o Bank First ATTN: Andrea Metcal P.O. Box 680 Tulsa, OK 74101-0680** | |
| | State the term remaining | **September 2029** | **ANB Bank 3033 East 1st Avenue Denver, CO 80206** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **6482 South Parker Road Aurora, Colorado** | |
|---|---|---|---|
| | State the term remaining | | **Aurora Parker LLC 1401 Broad Street Clifton, NJ 07013** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **3950 West 144th Street Broomfield, Colorado** | |
|---|---|---|---|
| | State the term remaining | **September 2026** | **Broadlands Station, LLC 33340 Collection Center Drive Chicago, IL 60693-0333** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **1660 North Higley Road Suite 103 Gilbert, AZ 85234** | |
|---|---|---|---|
| | State the term remaining | | **Case Huff & Associates 14861 North Scottsdale Road Suite 105 Scottsdale, AZ 85254** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Urgent Care Management Solutions, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **3091 South Jamaica Court Suite 200 Denver, Colorado** | |
|---|---|---|---|
| | State the term remaining | **June 2020** | **Dartmouth Point, LLC c/o KEW Realty Corporation 300 South Jackson Street, Suite 550 Denver, CO 80209** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Pledge Agreement Secured by shares of UCXTRA Services Colorado, LLC and UCXTRA Umbrella, LLC** | |
|---|---|---|---|
| | State the term remaining | | **Expermedical Group, LLC 8350 E. Raintree Dr. #135 Scottsdale, AZ 85260** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **7460 South Gartrell Road Aurora, Colorado** | |
|---|---|---|---|
| | State the term remaining | | **Greg Grinter 7621 State Route 143 Edwardsville, IL 62025** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **ADLP CHS AmCap, Inc. 1281 East Main Street Stamford, CT 06902** | |
|---|---|---|---|
| | State the term remaining | | **Guarantor LJ6 1635 North Greenfield Road Suite 126 Mesa, AZ 85206** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **10590 West Colfax Avenue Lakewood, Colorado** | |
|---|---|---|---|
| | State the term remaining | | **Lakewood Colfax LLC 1401 Broad Street Clifton, NJ 07013** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **500 West Hampden Avenue Englewood, Colorado** | |
|---|---|---|---|
| | State the term remaining | **December 2026** | **Landance LLC P.O. Box 9782 ATTN: Carolyn Imbrie Phoenix, AZ 85068** |

Debtor 1    **Urgent Care Management Solutions, LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **534 East Colfax Avenue Denver, Colorado** | |
|---|---|---|---|
| | State the term remaining | | **LG Colfax by Capitol, LLC 3500 Maple Avenue Suite 1600 Dallas, TX 75219** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **9960 North Wadsworth Parkway - Guarantor:: LJ6, LP Suite 100 Westminster, Colorado** | |
|---|---|---|---|
| | State the term remaining | **2026** | **M and R Property Management, LLC 4275 West 107th Drive Westminster, CO 80031** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **2595 South Lewis Way Lakewood, Colorado** | |
|---|---|---|---|
| | State the term remaining | **2026** | **North Bear Meadows, LLC c/o Alpine Property Services P.O. Box 1271 Ketchum, ID 83440** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Pendulum Management Company, LLC 350 106th Ave NE, Second Fl. Attn: Ryan Neal Bellevue, WA 98004** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Quebec Square Shops Pointe I, LLC 5750 DTC Parkway Suite 210 Greenwood Village, CO 80111** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Urgent Care Management Solutions, LLC**

First Name         Middle Name         Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **1281 Main Street Windsor, Colorado** | |
|---|---|---|---|
| | State the term remaining | | **Sharon McNamara 1720 Kearny Street Petaluma, CA 94954** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **7595 West Colfax Avenue Lakewood, Colorado** | |
|---|---|---|---|
| | State the term remaining | | **The Kobold Group, LLC 8350 East Raintree Drive Suite 130 Scottsdale, AZ 85260** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **6480 North Academy Blvd. Colorado Springs, Colorado** **Guarantor: LJ6 2028** | |
|---|---|---|---|
| | State the term remaining | | **The Kobold Group, LLC 8350 East Raintree Drive Suite 130 Scottsdale, AZ 85260** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **9932 South Twenty Mile Road Parker, Colorado** | |
|---|---|---|---|
| | State the term remaining | | **THKF Holdings I, LLC 909 Electric Avenue Suite 214 Seal Beach, CA 90740** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Urgent Care Management Solutions, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **BAMFS Enterprises, LLC** | **14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260** | **Libertas Funding, LLC** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **BD2 Companies, LLC** | **14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260** | **Libertas Funding, LLC** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Brendon Lochert** | **14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260** | **Expermedical Group, LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Brendon Lochert** | **14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260** | **Fast Capital 360** | ■ D  __2.4__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Urgent Care Management Solutions, LLC**                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.5 | Brendon Lochert | 14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260 | Complete Business Solutions Group, Inc. | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.6 | Brendon Lochert | 14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260 | Fox Capital Group, Inc. | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Brendon Lochert | 14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260 | High Speed Capital, LLC | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Brendon Lochert | 14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260 | Queen Funding, LLC | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Brendon Lochert | 14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260 | Cedar Advance | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.10 | Brendon Lochert | | Chase Bank | ☐ D ____ ■ E/F __3.16__ ☐ G ____ |
| 2.11 | Brenton Scott, LLC | 14747 North Northsight Blvd. Suite 111-464 Scottsdale, AZ 85260 | Libertas Funding, LLC | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

Debtor   **Urgent Care Management Solutions, LLC**                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | **Brenton Smith** | 8350 E. Raintree Dr. #130<br>Scottsdale, AZ 85260 | **Expermedical Group,<br>LLC** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Brenton Smith** | 14747 North Northsight Blvd.<br>Suite 111-464<br>Scottsdale, AZ 85260 | **Fast Capital 360** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | **Brenton Smith** | 14747 North Northsight Blvd.<br>Suite 111-464<br>Scottsdale, AZ 85260 | **Complete Business<br>Solutions Group, Inc.** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Brenton Smith** | 14747 North Northsight Blvd.<br>Suite 111-464<br>Scottsdale, AZ 85260 | **Fox Capital Group,<br>Inc.** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Brenton Smith** | 14747 North Northsight Blvd.<br>Suite 111-464<br>Scottsdale, AZ 85260 | **High Speed Capital,<br>LLC** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **UCXTRA<br>Services<br>Colorado LLC** | 3091 South Jamaica Court<br>Aurora, CO 80014 | **Fast Capital 360** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **UCXTRA<br>Services<br>Colorado LLC** | 3091 South Jamaica Court<br>Aurora, CO 80014 | **High Speed Capital,<br>LLC** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Urgent Care Management Solutions, LLC**                              Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | | |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.19 | UCXTRA Services Colorado LLC | 3091 South Jamaica Court Aurora, CO 80014 | Queen Funding, LLC | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | UCXTRA Services Colorado LLC | 3091 South Jamaica Court Aurora, CO 80014 | Cedar Advance | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | UCXTRA Umbrella Colorado LLC | 3091 South Jamaica Court Aurora, CO 80014 | Fast Capital 360 | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | UCXTRA Umbrella Colorado LLC | 3091 South Jamaica Court Aurora, CO 80014 | High Speed Capital, LLC | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | UCXTRA Umbrella Colorado LLC | 3091 South Jamaica Court Aurora, CO 80014 | Queen Funding, LLC | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | UCXTRA Umbrella Colorado LLC | 3091 South Jamaica Court Scottsdale, AZ 85260 | Cedar Advance | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Confluent Development, LLC | 2240 Blake Street Suite 200 Denver, CO 80205 | Lakewood Colfax LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.14__ |
| 2.26 | Guarantor: LJ6 | 1635 North Greenfield Road Suite 126 Mesa, AZ 85206 | Dartmouth Point, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.10__ |

Debtor    **Urgent Care Management Solutions, LLC**          Case number *(if known)*  _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.27 **LJ6** | 1250 Clearview Avenue<br>Suite 100<br>Mesa, AZ 85209 | **Landance LLC** | ☐ D _____<br>☐ E/F _____<br>▮ G __2.15__ |
| 2.28 **North Bear SPE, LLC** | c/o Sperry Equities, LLC<br>(California LLC) | **North Bear Meadows, LLC** | ☐ D _____<br>☐ E/F _____<br>▮ G __2.18__ |
| 2.29 **Phillips Edison & Co.** | 11501 Northlake Drive<br>Cincinnati, OH 45249 | **Broadlands Station, LLC** | ☐ D _____<br>☐ E/F _____<br>▮ G __2.8__ |

**Fill in this information to identify the case:**

Debtor name  **Urgent Care Management Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | **Debtor receives funds from its wholly owned subsidiary, UCXTRA Services, LLC** | **Unknown** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Urgent Care Management Solutions, LLC**                     Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached Exhibit.** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Various** | **Various** | **Unknown** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other <u>Rocky Mountain</u> <u>Physicians Group would pay</u> <u>some of the Debtor's</u> <u>expnses/debt directly. See</u> <u>RMPG bank statements.</u> |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **Urgent Care Management Solutions, LLC**                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Broadlands Station, LLC v. Urgent Care Management Solutions, LLC**<br>**2019-CV-030138** | | **Broomfield County District Court**<br>**Broomfield, CO** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **THKF Holdings I, LLC v. UCMS, et al.**<br>**2018-CV-30496** | **Breach of Contracct** | **Douglas County District Court**<br>**Castle Rock, CO 80104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Urgent Care Management Solutions, LLC**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen, P.C. 1660 Lincoln Street Suite 1850 Denver, CO 80264** | **$5,000 plus $335 Court filing fee** | **August 14, 2019: $5,000 September 24, 2019: $335** | **$5,335.00** |
| | Email or website address **jsb@kutnerlaw.com** | | | |
| | Who made the payment, if not debtor? **UCXTRA Services Colorado, LLC (through Rocky Mountain Physicians via BD2 Companies, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8350 East Raintree Drive Suite 130 Scottsdale, AZ 85260** | **April 26, 2017 to May 22, 2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐   No. Go to Part 9.
■   Yes. Fill in the information below.

Debtor    **Urgent Care Management Solutions, LLC**                              Case number *(if known)*

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **See Statement of Financial Affairs Exhibit 15** | | |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. **See UCXTRA Services, LLC: Statement of Financial Affairs** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

---

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Patient Records - HIPPA Compliance Documents**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor   **Urgent Care Management Solutions, LLC**                         Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage - Unit #01915<br>5212 South Parker Road<br>Centennial, CO 80015** | **Brendon Lochert<br>Brenton Smith** | **Exerior Signage<br>Building Materials<br>Flooring<br>Artwork** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | Urgent Care Management Solutions, LLC | Case number *(if known)* |
|---|---|---|

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   UCXTRA Services, LLC | Urgent care facilities in Colorado | EIN:   32-0493079<br><br>From-To   April 2017 to August 2019 |
| 25.2.   UCXTRA Umbrella, LLC | Ownership of office equipment, medical equipment for urgent care business | EIN:   81-3316532<br><br>From-To   April 2018 to August 2019 |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **See Statement of Financial Affairs<br>Exhibit 26(a)** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Brenton Smith<br>14747 North Northsight Blvd.<br>Suite 111-464<br>Scottsdale, AZ 85260** | **April 26, 2017 to<br>February 25, 2019** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.   **Pendulum Partners<br>10635 NE 8th Street<br>Suite 201<br>Bellevue, WA 98004** | **January 22, 2019 to<br>July 31, 2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Brenton Smith<br>14747 North Northsight Blvd.<br>Suite 111-464<br>Scottsdale, AZ 85260** | **Senior secured lender (Expermedical Group, LLC) took over operations on 2/25/19 and is in possession of transaction records.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Urgent Care Management Solutions, LLC**                          Case number *(if known)*

| Name and address | |
| --- | --- |
| 26d.1. | **Expermedical Group**<br>**10051 East Dynamite Blvd.**<br>**Suite G140**<br>**Scottsdale, AZ 85262** |
| 26d.2. | **See Expermedical records**<br>**for additional financials distributed** |
| 26d.3. | **First Capital 360**<br>**a/k/a Forward Financing, LLC**<br>**100 Summer St.**<br>**Suite 1175**<br>**Boston, MA 02110** |
| 26d.4. | **Complete Business Solutions Group, LLC**<br>**22 N 3rd Street**<br>**Philadelphia, PA 19106** |
| 26d.5. | **Fox Capital Group, Inc.** |
| 26d.6. | **Libertas Funding, LLC**<br>**382 Greenwich Avenue**<br>**Greenwich, CT 06830** |
| 26d.7. | **Queen Funding, LLC**<br>**101 Chase Avenue**<br>**Suite 207**<br>**Lakewood, NJ 08701** |
| 26d.8. | **High Speed Capital, LLC**<br>**116 Nassau Street**<br>**Suite 804**<br>**New York, NY 10038** |
| 26d.9. | **Cedar Advance, LLC** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Brendon Lochert | | Shareholder through personal interest in entities (BD2 Companies, LLC and BAMFS Enterprises) | +/- 43.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Brenton Smith | | Shareholder through personal interest in entities (BD2 Companies, LLC and Brenton Scott, LLC) | +/- 18.2% |

Debtor   **Urgent Care Management Solutions, LLC**                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Expermedical Group, LLC (Bill Hansen)** | | **Manager, controlled operations as of 2/2019** | **17.3%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Sherry Metzler** | **10928 East Sebring Avenue Mesa, AZ 85212** | **COO** | **4/2017-8/2019** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Brian Tateranko** | **17126 East Rosebay Circle Parker, CO 80134** | **Chief Administrative Officer** | **4/2017-8/2019** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Tyrone Hanks** | **924 North Constellation Way Gilbert, AZ 85234** | **Chief Medical Director** | **4/2017-1/2019** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Michael Polite** | **10207 East Stealth Avenue Mesa, AZ 85212** | **CEO** | **4/2017-8/2018** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|-------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Brendon Lochert** | **$6,200 (approx)** | **Within a year prior to Petition Date** | |
| | Relationship to debtor **Shareholder, manager** | | | |
| 30.2. | **Brenton Smith** | **$6,200 (approx)** | **Within a year prior to Petition Date** | **Services** |
| | Relationship to debtor **Shareholder, guarantor, accounting services** | | | |

Debtor    **Urgent Care Management Solutions, LLC**                    Case number *(if known)* _____

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Expermedical Group, LLC** | **Various payments** | **Unknown** | **Payments on account of senior secured debt** |
|  | Relationship to debtor **Shareholder** |  |  |  |
| 30.4. | **Expermedical Group, LLC** | **Shares of UCMS received in exchange for the advance of funds.** | **Various** | **Pursuant to Pledge Agreement between UCMS and Expermedical Group, LLC** |
|  | Relationship to debtor **Shareholder** |  |  |  |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Urgent Care Management Solutions, LLC** | **EIN:    82-0786214** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Urgent Care Management Solutions, LLC 401K** | **EIN:    0942/16038254** |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  1, 2019**

**/s/ Brendon Lochert**                              **Brendon Lochert**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re    **Urgent Care Management Solutions, LLC**                          Case No.

Debtor(s)                          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October  1, 2019**                      **/s/ Brendon Lochert**

**Brendon Lochert**/**Manager**
Signer/Title