# United States Bankruptcy Court
## District of Colorado

In re **Urgent Care Management Solutions, LLC**     Case No.

Debtor(s)     Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Urgent Care Management Solutions, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Aberdeen Investment Advisors**
**9611 E. Gray Road**
**Scottsdale, AZ 85260**

**Amber Scott Investments, LLC**
**18002 N. 53rd Place**
**Scottsdale, AZ 85254**

**BAMFS Enterprises, LLC**
**8350 E. Raintree Drive, #130**
**Scottsdale, AZ 85260**

**BASEA, LLC**
**6250 E. Cortez Drive**
**Scottsdale, AZ 85254**

**BD2 Companies, LLC**
**8350 E. Raintree Drive, #130**
**Scottsdale, AZ 85260**

**Brenton Scott, LLC**
**8350 E. Raintree Drive, #130**
**Scottsdale, AZ 85260**

**Christopher Chatham**
**5837 E. Thomas Road**
**Scottsdale, AZ 85251**

**ExperGroup, LLC**
**8350 East Raintree Drive**
**Suite 135**
**Scottsdale, AZ 85260**

**Expermedical Group, LLC**
**8350 East Raintree Drive**
**Suite 135**
**Scottsdale, AZ 85260**

☐ None [*Check if applicable*]

**October 1, 2019**     **/s/ Jenny M.F. Fujii**

Date

Jenny M.F. Fujii 30091

Signature of Attorney or Litigant

Counsel for  **Urgent Care Management Solutions, LLC**

**Kutner Brinen, P.C.**
**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
**303-832-2400 Fax:303-832-1510**
**jmf@kutnerlaw.com**